IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHNATHAN WALLACE,

*Plaintiff*,

V.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, ET AL.,

*Defendants.*

CASE NO. 1:25-CV-2030-DAE

**ORDER GRANTING CONSENT MOTION TO ESTABLISH A BRIEFING SCHEDULE WITH RESPECT TO ATTORNEY GENERAL PAXTON AND DIRECTOR MARTIN**

This Court, having considered the Consent Motion to Establish a Briefing Schedule With Respect to Attorney General Paxton and Director Martin, hereby GRANTS the Motion and ORDERS the following:

Defendants Paxton and Martin's will have to and through March 27, 2026, to file their Answer or other response to Plaintiff's Complaint for Declaratory and Injunctive Relief; Plaintiff will have until and through April 27, 2026, to file his brief in response to any Motion to Dismiss filed by Defendant Paxton and/or Defendant Martin; and Defendants Paxton and Martin will have until and through May 11, 2026, to file any reply brief in support of any such Motion to Dismiss

DATED: Austin, Texas, March 3, 2026.

_____
David Alan Ezra
Senior United States District Judge