IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHNATHAN WALLACE,

       *Plaintiff*,

V.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE STATE OF
TEXAS, ET AL.,

       *Defendants*.

CASE NO. 1:25-CV-2030-DAE

**[PROPOSED] ORDER GRANTING ATTORNEY GENERAL PAXTON AND DIRECTOR MARTIN'S MOTION TO DISMISS**

Before the Court is Defendants Attorney General Paxton and Director Martin's Priority Motion to Dismiss Plaintiff's Complaint. After due consideration, the Court concludes that the Court lacks subject matter jurisdiction; GRANTS such motion to dismiss; and DISMISSES this action and all claims without prejudice as to Defendants Attorney General Paxton and Director Martin.

SIGNED this _____day of _____, 2026.

_____
David Alan Ezra
Senior United States District Judge