**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JONATHAN WALLACE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| GREG ABBOTT, in his official capacity as | § | No. 1:25-cv-02030-DAE |
| Governor of Texas, KEN PAXTON, in his | § | |
| official capacity as Attorney General of Texas, | § | |
| FREEMAN F. MARTIN, in his official capacity | § | |
| as Director, Texas Department of Public Safety | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER

Plaintiff's Motion For Reconsideration and Motion For Leave to File Amended Complaint

(Dkt. 30) are before the Court.[1] The court **DENIES** the motions.

SIGNED June __, 2026

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] United States District Judge David Ezra referred the motion to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. See Text Order dated June 1, 2026.

1